THE HONORABLE FRANKLIN D. BURGESS

FILED —— LODGED
RECEIVED
MAY -1 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                  DEPUTY

08-CV-05770-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DULCICH, INC., D/B/A PACIFIC SEAFOODS GROUP; and FIREMAN'S FUND INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MAYE MULTI-MODAL, INC. and ARMOUR TRANSPORTATION,<br><br>Defendants. | Case No.: C08-5770FDB<br><br>**ORDER GRANTING PLAINTIFFS' EX-PARTE MOTION TO EXTEND TIME FOR SERVICE UNDER FRCP 4(M)**<br><br>**NOTED ON MOTION CALENDAR: APRIL 30, 2009** |

THIS MATTER having come duly and regularly before the Court on Plaintiff's Ex-Parte Motion to Extend Time for Service Under FRCP 4(M), and the Court having considered the motion and the Court's file herein, IT IS HEREBY

ORDERED that Plaintiff's Motion to Extend Time for Service Under FRCP 4(M) is GRANTED for an additional 60-day period.

DATED this 1st day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO EXTEND TIME FOR SERVICE UNDER FRCP 4 - 1
#824609v1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000