08-CV-05770-ORD

FILED _____ LODGED
RECEIVED
JUL - 2 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DULCICH, INC., D/B/A PACIFIC SEAFOODS GROUP; and FIREMAN'S FUND INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MAYE MULTI-MODAL, INC. and ARMOUR TRANSPORTATION,<br><br>Defendants. | Case No.: C08-5770FDB<br><br>**ORDER GRANTING PLAINTIFFS' EX-PARTE MOTION TO EXTEND TIME FOR SERVICE UNDER FRCP 4(M)**<br><br>**NOTED ON MOTION CALENDAR: JUNE 30, 2009** |

THIS MATTER having come duly and regularly before the Court on Plaintiff's Second Ex-Parte Motion to Extend Time for Service Under FRCP 4(M), and the Court having considered the motion and the Court's file herein, IT IS HEREBY

ORDERED that Plaintiff's Motion to Extend Time for Service Under FRCP 4(M) is GRANTED for an additional 60-day period. The new deadline is September 4, 2009.

DATED this 2nd day of July, 2009.

_/s/ Franklin D. Burgess_
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO EXTEND TIME FOR SERVICE UNDER FRCP 4 - 1
#824609v1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000