**THE HONORABLE FRANKLIN D. BURGESS**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DULCICH, INC., D/B/A PACIFIC SEAFOODS GROUP; and FIREMAN'S FUND INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MAYE MULTI-MODAL, INC. and ARMOUR TRANSPORTATION,<br><br>Defendants. | Case No.: C08-5770FDB<br><br>**ORDER GRANTING PLAINTIFFS' EX-PARTE MOTION FOR FURTHER EXTENSION OF TIME FOR SERVICE UNDER FRCP 4(M)** |

THIS MATTER having come duly and regularly before the Court on Plaintiff's Third Ex-Parte Motion for Further Extension of Time for Service Under FRCP 4(M), and the Court having considered the motion and the Court's file herein, IT IS HEREBY

ORDERED that Plaintiff's Motion for Further Extension of Time for Service Under FRCP 4(M) is GRANTED for an additional 60-day period.

DATED this 9th day of September, 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
FURTHER EXTENSION OF TIME FOR SERVICE UNDER FRCP 4 - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

**Presented by:**

COZEN O'CONNOR


By  */s Rodney Q. Fonda*
     Rodney Q. Fonda, WSBA No. 6594

COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, WA  98101
Telephone: 206.224.1253
Facsimile: 206.621.8783

Attorneys for Plaintiffs




SEATTLE\862785\1  203426.000

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR FURTHER EXTENSION OF TIME FOR SERVICE UNDER FRCP 4 - 2**

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000