UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DULCICH INC et al., | |
| Plaintiffs, | CV08-5770FDB |
| vs | |
| MAYE MULTI-MODAL INC. et al., | MINUTE ORDER |
| Defendants. | |

NOW, on this 10th day of September, 2009, the Court directs the Clerk to enter the following Minute Order:

> Plaintiff's Motion (Dkt. #11) for Extension of Time to Extend Time for Service Under FRCP 4(M) was GRANTED on 9/9/2009 for an additional 60 days. The new deadline is November 30, 2009.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                                              **/s/ Pat LeFrois**
                                              Pat LeFrois
                                              Courtroom Deputy