**THE HONORABLE FRANKLIN D. BURGESS**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DULCICH, INC., D/B/A PACIFIC SEAFOODS GROUP; and FIREMAN'S FUND INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MAYE MULTI-MODAL, INC. and ARMOUR TRANSPORTATION,<br><br>Defendants. | Case No.: C08-5770FDB<br><br>**ORDER GRANTING PLAINTIFFS' FIFTH EX-PARTE MOTION FOR FURTHER EXTENSION OF TIME FOR SERVICE UNDER FRCP 4(M)**<br><br>**NOTED ON MOTION CALENDAR: JANUARY 6, 2010** |

THIS MATTER having come duly and regularly before the Court on Plaintiff's Fifth Ex-Parte Motion for Further Extension of Time for Service Under FRCP 4(M), and the Court having considered the motion and the Court's file herein, IT IS HEREBY

ORDERED that Plaintiff's Fifth Motion for Further Extension of Time for Service Under FRCP 4(M) is GRANTED for an additional 60-day period.

DATED this 12th day of January, 2010.

s/Pat LeFrois
Clerk for JUDGE FRANKLIN D. BURGESS

Case No.: C08-5770FDB
**[PROPOSED] ORDER GRANTING PLAINTIFFS' FIFTH EX-PARTE MOTION FOR FURTHER EXTENSION OF TIME FOR SERVICE UNDER FRCP 4(M)- 1**

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

| | |
|---|---|
| 1 | **Presented by:** |
| 2 | COZEN O'CONNOR |
| 3 | |
| 4 | By _/s Rodney Q. Fonda_<br>　　Rodney Q. Fonda, WSBA No. 6594 |
| 5 | |
| 6 | COZEN O'CONNOR<br>1201 Third Avenue, Suite 5200<br>Seattle, WA 98101 |
| 7 | Telephone: 206.224.1253<br>Facsimile: 206.621.8783 |
| 8 | Attorneys for Plaintiffs |

SEATTLE\916419\1  203426.000

Case No.: C08-5770FDB
**[PROPOSED] ORDER GRANTING PLAINTIFFS' FIFTH EX-PARTE MOTION FOR FURTHER EXTENSION OF TIME FOR SERVICE UNDER FRCP 4(M)- 2**

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000